UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONWIDE JUDGMENT RECOVERY, INC.,

          Plaintiff,

-against-

MIN KONG,

          Defendant.

20-mc-775 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the status conference in this matter scheduled for Wednesday, February 21, 2024, at 10:00 a.m. is adjourned to Thursday, February 29, 2024, at 2:00 p.m. The conference will be held at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       February 12, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

Copy mailed by chambers to defendant at 2218 East 15th Street, Brooklyn, NY 11229.