UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NATIONWIDE JUDGMENT RECOVERY, INC., : 20-mc-775 (SHS)

                 Plaintiff, : ORDER

    -against- :

MIN KONG, :

                Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a status conference in this matter on Wednesday, February 21, 2024, at 10:00 a.m. The conference will be held at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       February 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Copy mailed by chambers to defendant at 2218 East 15th Street, Brooklyn, NY 11229.