UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NATIONWIDE JUDGMENT RECOVERY, INC., : 20-mc-775 (SHS)

                        Plaintiff, : ORDER

      -against- :

MIN KONG, :

                        Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today in this matter, with Thomas R. Dominczyk, Esq. of Maurice & Needleman, P.C. appearing on behalf of plaintiff, and defendant Min Kong appearing *pro se*,

      IT IS HEREBY ORDERED that:

      1.    For the reasons set forth on the record today, as well as those set forth in *Nationwide Judgment Recovery, Inc. v. Yung Man Chan,* 20-mc-603 (VB), 2024 WL 20888, defendant's motion to release her bank account and vacate the judgment [Doc. No. 5], is dismissed as moot to the extent it seeks release of her bank account and denied to the extent it seeks to vacate the $12,208.35 judgment against her;

      2.    As set forth on the record, pursuant to 28 U.S.C. 1404(a), for the convenience of the parties and witnesses, and in the interest of justice, this action is transferred to the U.S. District Court for the Western District of North Carolina;

      3.    The Clerk of Court is directed to transfer this action to the Western District of North Carolina, Charlotte Division; and

      4.    The Court recommends that the case be assigned to Judge Graham C. Mullen as related to *Bell v. Disner, et al.*, 3:14-cv-00091 (GCM) (W.D.N.C.).

Dated: New York, New York
       February 29, 2024

                                                                SO ORDERED:

                                                                Sidney H. Stein, U.S.D.J.