**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:24-MC-00034-GCM**

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., | |
| **Plaintiff,** | |
| v. | **ORDER** |
| MIN KONG, | |
| **Defendant.** | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Thomas R. Dominczyk (Doc. No. 12).

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

      In accordance with Local Rule 83.1(b), Mr. Dominczyk is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Nationwide Judgment Recovery, Inc..

      **IT IS SO ORDERED**.

Signed: March 14, 2024

Graham C. Mullen
United States District Judge