IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
3:24mc00034-GCM

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIN KONG, <br><br> Defendant. | ORDER |

This matter is before the Court upon its own motion. This case was transferred from the Southern District of New York on March 8, 2024. Prior to the transfer, it appears the Defendant filed a motion to release her bank account and vacate the judgment. The court in New York entered an Order stating:

> For the reasons set forth in the record today, as well as those set forth in *Nationwide Judgment Recovery, Inc. v. Yung Man Chan*, 20-mc-603 (VB), 2024 WL 20888, defendant's motion to release her bank account and vacate the judgment [Doc. No. 5], is dismissed as moot to the extent it seeks release of her bank account and denied to the extent it seeks to vacate the $12,208.35 judgment against her.

(Doc. No. 10). Despite denying Defendant's motions, the New York court proceeded to transfer the matter to this court pursuant to 28 U.S.C. § 1404(a). However, it appears that there are no pending matters upon which this court can rule. Accordingly,

IT IS THEREFORE ORDERED that this Court's previous Order directing the Plaintiff to respond to Defendant's motion (Doc. No. 16) is hereby vacated; and

IT IS FURTHER ORDERED that this matter DISMISSED, and the clerk is directed to terminate this miscellaneous case.

Signed: December 23, 2024

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge