# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-mc-00034-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Min Kong, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 23, 2024 Order.

December 23, 2024

Katherine Hord Simon, Clerk
United States District Court